**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

LULA B. GILCHRIST,

    Plaintiff,                                Case No. 06-cv-11659

v.                                             Hon. Avern Cohn

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____/

**ORDER GRANTING DEFENDANT'S MOTION
FOR PARTIAL SUMMARY JUDGMENT**

This is a case under the Michigan No-Fault Automobile Insurance Act, M.C.L. 500.3101 et seq. Defendant filed a motion for partial summary judgment. For the reasons stated on the record at the hearing on September 19, 2007, the motion is GRANTED.

A final pretrial conference is scheduled for **Friday, November 09, 2007 at 2:00 p.m.** A new trial date will be set at the conference.

SO ORDERED.

                                                   s/Avern Cohn
                                                   AVERN COHN
                                                   UNITED STATES DISTRICT JUDGE

Dated: September 27, 2007

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, September 27, 2007, by electronic and/or ordinary mail.

                                                 s/Julie Owens
                                                 Case Manager, (313) 234-5160